UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    SACV 08-1248-VAP (MLGx)                           Date: June 9, 2011

Title:   FLUIDITY FITNESS, LLC -v- RODNEY TIMMERWILKE; STANLEY YANG; DR. TRADE INTERNATIONAL d/b/a DTI, INC.; TIEN KAO; FJ ASIA CO. LTD.; FITJOY SOURCING & DEVELOPING CO., LTD.; ALNOMAZA INVESTMENT CORP.; and DOES 1 through 10

================================================================================

PRESENT: HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard                                 None Present
Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                            NO APPEARANCE

PROCEEDINGS:    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

   Plaintiff(s) is ordered to show cause in writing no later than June 23, 2011, why this action should not be dismissed for lack of prosecution.

   The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

   ●   Proof of service of summons and complaint.

   ●   Answer by the defendant(s) or plaintiff's request for entry of default.

   ●   Plaintiff's filing of an application to the clerk to enter default judgment or filing of a noticed motion for entry of default judgment.

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the

:MINUTES FORM 90                                          Initials of Deputy Clerk md
CIVIL -- GEN

Court's Order may result in the dismissal of the action.