**PRIORITY SEND**
**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUIDITY FITNESS, LLC, | Case No. SACV 08-1248-VAP (MLGx) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| RODNEY TIMMERWILKE; STANLEY YANG; DR. TRADE INTERNATIONAL d/b/a DTI, INC.; TIEN KAO; FJ ASIA CO. LTD.; FITJOY SOURCING & DEVELOPING CO., LTD.; ALNOMAZA INVESTMENT CORP.; and DOES 1 through 10, | |
| Defendants. | |

THE COURT having ordered the Plaintiff to show cause in writing, not later than April 2, 2013, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.

Dated: April 5, 2013

VIRGINIA A. PHILLIPS
United States District Judge

s:\vap\crd's forms\3-ord-dism-re osc.frm